SCHOOL DISTRICT NO. 3, TOWNSHIP 30, RANGE
14, SCOTT COUNTY, Respondent, v. J. R.
YOUNG et al., Appellants.

St. Louis Court of Appeals, February 6, 1912.

The opinion of the Springfield Court of Appeals in this case (152
Mo. App. 304) is adopted as the opinion of the court.

Appeal from Scott Circuit Court.—*Hon. Henry C.
Riley,* Judge.

AFFIRMED.

*J. R. Young* for appellants.

*James A. Finch* for respondent.

PER CURIAM.—The appeal in this case was
prosecuted to this court, but was thereafter transferr-
ed by it to the Springfield Court of Appeals under the
provisions of the act of the Legislature, approved June
12, 1909. [See Laws of Missouri, 1909, p. 396; see,
also, Sec. 3939, R. S. 1909.] In due time the cause
was disposed of by the Springfield Court of Appeals
through an opinion prepared by Judge GRAY of that
court, as will appear by reference to School District
No. 3, Scott County, v. J. R. Young et al., 152 Mo.
App. 394, 133 S. W. 143. Subsequently, the Supreme
Court declared the said legislative act, which purported
to authorize the transfer of cases from this court to the
Springfield Court, to be unconstitutional. The cause
was thereafter transferred by the Springfield Court of
Appeals to this court on the theory that the jurisdic-
tion of the appeal continued to reside here and the
proceedings had in the Springfield Court with refer-
ence thereto were *coram non judice.*

The case has been argued and submitted here and duly considered. Upon reading the record and considering the arguments, we are persuaded that the opinion of the Springfield Court, above referred to, properly disposes of the controversy, and it is adopted as the opinion of this court. For the reasons given in that opinion the judgment should be affirmed. It is so ordered. All concur.